UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

ERNESTINE WHEELER,

      Plaintiff,

      v.

COMMISSIONER OF SOCIAL
SECURITY,

      Defendant.

Case No. 1:25-cv-01510-GSA

**ORDER OF REMAND AND DIRECTING ENTRY OF JUDGMENT**

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), **IT IS ORDERED** that the above-captioned action be remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand, ECF No. 15.

The Clerk is **DIRECTED** to enter judgment in favor of Plaintiff, and against Defendant Commissioner of Social Security.

IT IS SO ORDERED.

Dated:   **February 9, 2026**                    **/s/ Gary S. Austin**
                                         UNITED STATES MAGISTRATE JUDGE