UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNESTINE WHEELER,<br><br>            Plaintiff,<br><br>      v.<br><br>COMMISSIONER OF SOCIAL<br>SECURITY,<br><br>            Defendants. | No.  1:25-cv-01510-JLT-GSA<br><br>ORDER DIRECTING STATEMENT OF<br>DISPUTE AS TO FEE MOTION |

Plaintiff moves for attorney fees, ECF No. 18, but does not indicate whether concurrence was sought or if the motion is disputed.  Accordingly, Plaintiff is **DIRECTED** to seek concurrence and indicate the result of such efforts within 14 days of the entry of this order.

IT IS SO ORDERED.

Dated:   **May 15, 2026**                          **/s/ Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE